**Thomas M. BOLICK, Appellant**

v.

**PENNSYLVANIA STATE POLICE, Appellee.**

Supreme Court of Pennsylvania.

March 25, 2013.

## ORDER

PER CURIAM.

AND NOW, this 25th day of March, 2013, the order of the Commonwealth Court is **AFFIRMED.**